No. 333, Misc. HARRIS v. MARONEY, CORRECTIONAL SUPERINTENDENT, *ante*, p. 875;

No. 404, Misc. GLASER v. CALIFORNIA, *ante*, p. 880;

No. 412, Misc. DAUGHTRY v. UNITED STATES, *ante*, p. 881;

No. 451, Misc. SESLER v. FLORIDA, *ante*, p. 805; and

No. 496, Misc. WEISS v. MORGENTHAU, U. S. ATTORNEY, *ante*, p. 885. Petitions for rehearing denied.

No. 121, Misc. MINCHELLA v. ESTATE OF SKILLMAN, JUDGE, ET AL., *ante*, p. 861. Motion for leave to file petition for rehearing denied.

DECEMBER 5, 1966.

No. 116. IN RE GAULT ET AL. Appeal from Sup. Ct. Ariz. (Probable jurisdiction noted, 384 U. S. 997.) Motion of Kansas Association of Probate and Juvenile Judges for leave to join the appellee's brief and the *amicus curiae* brief of Ohio Association of Juvenile Court Judges granted. *Glenn D. Cogswell* on the motion.

No. 504. SCHIPANI v. UNITED STATES, *ante*, p. 934. Time for filing petition for rehearing extended to and including Thursday, December 8.

No. 757, Misc. KELLY, AKA SHANNON v. BAIRD, SHERIFF, ET AL.;

No. 899, Misc. OYLER v. ATTORNEY GENERAL OF THE UNITED STATES;

No. 900, Misc. DYER v. WILSON, WARDEN;

No. 921, Misc. BENNETT v. PATE, WARDEN; and

No. 925, Misc. TODD v. VISENTINE ET AL. Motions for leave to file petitions for writs of habeas corpus denied.